**Entered on Docket
December 12, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: December 10, 2008**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Case No. 08-31978 TEC
                                   )
STEVEN EUGENE APPICE and           ) Chapter 13
ANTONIA CHARISSE-APPICE,           )
                                   )
                                   )
                Debtors.           )
_____)
```

**MEMORANDUM RE DEBTORS' MOTION TO EXTEND TIME**

On October 22, 2008, Debtors filed a motion to extend time to file certain required documents. For the reasons stated below, Debtors' motion is denied and the court determines that this bankruptcy case should be dismissed. This memorandum constitutes the court's findings of fact and conclusions of law.

FACTS

On May 12, 2008, Judge Jellen entered an order (Dismissal Order) dismissing Debtors' bankruptcy case no. 08-41418 with prejudice, and providing that any future bankruptcy case filed by Debtors in violation of the Dismissal Order "shall be deemed null and void and subject to dismissal without notice. . . .". On June 12, 2008, Judge Newsome signed an order in Debtors' case no. 08-42689 dismissing that case pursuant to the Dismissal Order. On

October 4, 2008, Judge Tchaikovsky signed an order in Debtors' case no. 08-45635 dismissing that case pursuant to the Dismissal Order.

On October 17, 2008, Debtors filed the above-captioned skeletal bankruptcy case.[1] It is Debtors' eighth skeletal case filed since November 26, 2007. All of the cases have been dismissed for either failure to file documents or pursuant to the Dismissal Order.

On October 22, 2008, this court served Debtors with an order requiring them to file certain documents by November 6, 2008, including schedules, a plan, a statement of financial affairs, and a certificate of prepetition credit counseling. On November 6, 2008, Debtors filed a motion to extend time, asserting that they needed at least two weeks to file the missing documents because they had hired counsel, but that the attorney would only assist Debtors once he had received "all of the money." As of December 10, 2008, Debtors have not filed the required documents, an application to employ counsel, or a statement disclosing compensation paid to counsel.

DISCUSSION

The court determines that Debtors' motion to extend time should be denied because: (1) this case should be dismissed pursuant to the Dismissal Order signed by Judge Jellen; and (2) Debtors have had more than six weeks to file the required documents, but have not done so.

**\*\*END OF MEMORANDUM\*\***

---

[1] The petition does not disclose Debtors' seven bankruptcy cases filed in the Northern District of California between November 26, 2007 and the current case. Rather, in the section labeled "all prior bankruptcy cases filed within last 8 years", Debtors wrote only "San Francisco."

-2-

**Court Service List**

Steven Eugene Appice
837 Hanover St.
Livermore, CA 94551

Antonia Charisse Appice
837 Hanover St.
Livermore, CA 94551